## 21067.  MAYS v. THE STATE.

BROYLES, C. J.  This case was tried before the judge, without the intervention of a jury, and the defendant was adjudged guilty of the offense charged.  A motion for a new trial, based upon the usual general grounds, was overruled, and the defendant excepted.  The defendant's conviction was authorized by the evidence, and the refusal to grant a new trial was not error.

> *Judgment affirmed.  Luke and Bloodworth, JJ., concur.*
>
> DECIDED JANUARY 13, 1931.

*Aaron Kravitch,* for plaintiff in error.
*Walter C. Hartridge, solicitor-general, Julian Hartridge,* contra.